No. 11–10109.  HILL v. HUMPHREY, WARDEN.  C. A. 11th Cir. Certiorari denied.

No. 11–10116.  STRONG v. BICKELL, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 11–10119.  MUELLER v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 11–10120.  PATILLO v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 11–10123.  CURET v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 11–10124.  FREERKSEN v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 11–10125.  SHARP v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 11–10129.  JOHNSON v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 11–10130.  LOPEZ v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 11–10135.  ACEVEDO SANCHEZ v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 11–10136.  COX v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 11–10138.  JOHNSON v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 11–10140.  LANG v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 11–10144.  BERNAL VALDEZ v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 11–10146.  JOHNSON v. SUTER, CLERK, SUPREME COURT OF THE UNITED STATES, ET AL.  C. A. D. C. Cir.  Certiorari denied.